CAROL A. DOYLE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| SILVERMAN, RONDA I | § | Case No. 14-39762 |
| MINISCALCO JR, LOUIS | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2014 .   The undersigned trustee was appointed on 10/31/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of     $     12,410.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 176.81 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]     $     12,233.19

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/29/2015  and the deadline for filing governmental claims was  04/29/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,991.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,991.00 , for a total compensation of $ 1,991.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2016                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 14-39762   CAD   Judge: CAROL A. DOYLE |
|---|---|
| Case Name: | SILVERMAN, RONDA I |
| | MINISCALCO JR, LOUIS |
| For Period Ending: | 01/07/16 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 10/31/14 (f) |
| 341(a) Meeting Date: | 12/16/14 |
| Claims Bar Date: | 04/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| Cash on Hand | | | | | |
| 2. Financial Accounts (inheritance) | 16,400.00 | 12,200.00 | | 12,200.00 | FA |
| MB Financial Money Market Deposit from Inheritance | | | | | |
| 3. Financial Accounts | 10.00 | 10.00 | | 10.00 | FA |
| Fifth Third Bank | | | | | |
| 4. Financial Accounts | 200.00 | 200.00 | | 200.00 | FA |
| Fifth Third Checking | | | | | |
| 5. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| General items of household goods and furnishings | | | | | |
| 6. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| General items of wearing apparel | | | | | |
| 7. Vehicles | 7,300.00 | 0.00 | | 0.00 | FA |
| 2010 Toyota Camry 78k miles | | | | | |
| 8. Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 1997 Toyota Avalon | | | | | |
| 9. royalties from 36th&Kedzie Building Corp. (u) | 875.00 | 0.00 | | 0.00 | FA |
| "royalty income" but debtor claims no ownership interest in source (shown only on schedule I as $875 per month income, not otherwise scheduled as an "asset").  THIS WAS ABANDONED IN DECEMBER 2015 AFTER DEBTORS PROVIDED AN AFFIDAVIT. | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $26,335.00 | $12,410.00 | | $12,410.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-39762   CAD   Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Date Filed (f) or Converted (c): | 10/31/14 (f) |
| | MINISCALCO JR, LOUIS | 341(a) Meeting Date: | 12/16/14 |
| | | Claims Bar Date: | 04/29/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AFFIDAVIT FROM DEBTOR REGARDING BILLBOARD; TRUSTEE FILED MOTION TO ABANDON SO CREDITORS WOULD HAVE NOTICE; COURT GRANTED
THE MOTION AND ADJOURNED THE MOTION TO COMPEL/MOTION FOR SANCTIONS.


investigating BILLBOARD INCOME (LISTED ON SCHEDULE I ONLY) AND INHERITANCE; INHERITANCE ISSUE RESOLVED

COUNSEL EMPLOYED

MOTION FOR TURNOVER FILED TO BE HEARD April 30, 2015;  TURNOVER ORDER ENTERED 6-10-2015; MOTION FOR CONTEMPT FILED AFTER

PARTIAL COMPLIANCE, NEXT UP FOR COMPLIANCE STATUS ON 10-29-15.  DEBTOR HAS CONTENDED THE BILLBOARD INCOME DOES NOT

RESULT FROM AN OWNERSHIP INTEREST


Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/16

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-39762  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Bank Name: | ASSOCIATED BANK |
| | MINISCALCO JR, LOUIS | Account Number / CD #: | *******8785  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1441 | | |
| For Period Ending: | 01/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/15 | 2, 3, 4 | LOUIS MINISCALCO | FUNDS | 1129-000 | 12,410.00 | | 12,410.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.28 | 12,395.72 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.43 | 12,377.29 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.81 | 12,359.48 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.38 | 12,341.10 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.75 | 12,323.35 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.32 | 12,305.03 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.29 | 12,286.74 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.68 | 12,269.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.24 | 12,250.82 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.63 | 12,233.19 |

|  | COLUMN TOTALS | 12,410.00 | 176.81 | 12,233.19 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 12,410.00 | 176.81 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 12,410.00 | 176.81 | |

| | | NET | ACCOUNT |
| | | NET DISBURSEMENTS | BALANCE |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Checking Account (Non-Interest Earn - *******8785 | 12,410.00 | 176.81 | 12,233.19 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,410.00 | 176.81 | 12,233.19 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          12,410.00          176.81

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 07, 2016 |
|---|---|---|---|---|---|---|

Case Number:  14-39762

Debtor Name:  SILVERMAN, RONDA I

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $8,408.00 | $0.00 | $8,408.00 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO,  IL 60603 | Administrative | | $1,991.00 | $0.00 | $1,991.00 |
| 000001<br>070<br>7100-00 | Cavalry SPV I, LLC as assignee of<br>Chase Bank USA NA (WAMU)<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $2,010.41 | $0.00 | $2,010.41 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,364.44 | $0.00 | $17,364.44 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,761.14 | $0.00 | $8,761.14 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $1,463.11 | $0.00 | $1,463.11 |
| 000005<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $71.96 | $0.00 | $71.96 |
| 000006<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,127.53 | $0.00 | $1,127.53 |
| 000007<br>070<br>7100-00 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $15,187.37 | $0.00 | $15,187.37 |
| | Case Totals: | | | $56,384.96 | $0.00 | $56,384.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39762
Case Name: SILVERMAN, RONDA I
          MINISCALCO JR, LOUIS
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                    $        12,233.19

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $       1,991.00 | $       0.00 | $       1,991.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $       8,380.00 | $       0.00 | $       8,380.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $       28.00 | $       0.00 | $       28.00 |

Total to be paid for chapter 7 administrative expenses        $        10,399.00

Remaining Balance        $        1,834.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,985.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $          2,010.41 | $          0.00 | $          80.19 |
| 000002 | Discover Bank | $        17,364.44 | $          0.00 | $        692.60 |
| 000003 | Discover Bank | $          8,761.14 | $          0.00 | $        349.44 |
| 000004 | American InfoSource LP as agent for | $          1,463.11 | $          0.00 | $          58.36 |
| 000005 | Capital One, N.A. | $              71.96 | $          0.00 | $            2.87 |
| 000006 | Capital Recovery V, LLC | $          1,127.53 | $          0.00 | $          44.97 |
| 000007 | LVNV Funding, LLC its successors and | $        15,187.37 | $          0.00 | $        605.76 |

Total to be paid to timely general unsecured creditors          $_____1,834.19

Remaining Balance          $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE