## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SILVERMAN, RONDA I | § | Case No. 14-39762 |
| MINISCALCO JR, LOUIS | § | |
| | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   CLERK OF THE U.S. BANKR. CT
   219 S. DEARBORN STREET
   7TH FLOOR
   CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/10/2016 in Courtroom 742,

   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/19/2016          By: /s/ Andrew J. Maxwell
                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*20 N. CLARK*
*SUITE 200*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SILVERMAN, RONDA I § Case No. 14-39762
MINISCALCO JR, LOUIS §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,410.00 |
| and approved disbursements of | $ | 176.81 |
| leaving a balance on hand of[1] | $ | 12,233.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,991.00 | $ 0.00 | $ 1,991.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 8,380.00 | $ 0.00 | $ 8,380.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 28.00 | $ 0.00 | $ 28.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 10,399.00 |
| Remaining Balance | | | $ 1,834.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,985.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $ 2,010.41 | $ 0.00 | $ 80.19 |
| 000002 | Discover Bank | $ 17,364.44 | $ 0.00 | $ 692.60 |
| 000003 | Discover Bank | $ 8,761.14 | $ 0.00 | $ 349.44 |
| 000004 | American InfoSource LP as agent for | $ 1,463.11 | $ 0.00 | $ 58.36 |
| 000005 | Capital One, N.A. | $ 71.96 | $ 0.00 | $ 2.87 |
| 000006 | Capital Recovery V, LLC | $ 1,127.53 | $ 0.00 | $ 44.97 |
| 000007 | LVNV Funding, LLC its successors and | $ 15,187.37 | $ 0.00 | $ 605.76 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,834.19 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
20 N. CLARK
SUITE 200
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                 Case No. 14-39762-CAD
Ronda I Silverman                                                      Chapter 7
Louis Miniscalco, Jr
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 2                   Date Rcvd: Jan 20, 2016
                               Form ID: pdf006              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2016.
db/jdb         +Ronda I Silverman,    Louis Miniscalco, Jr,    3636 S Kedzie,    Chicago, IL 60632-2727
aty           #+Maxwell Law Group LLC,    105 West Adams Suite 3200,    Chicago, IL 60603-6209
22590076       +1ST FINL INVSTMENT FUN,    230 PEACHTREE ST NW STE,    Atlanta, GA 30303-1534
22766085      ++ADT LLC,    PAYROLL OPERATIONS,    1501 YAMATO RD,   BOCA RATON FL 33431-4438
                (address filed with court: ADT,    1501 Yamato Rd,   Boca Raton, FL 33431)
22794479     +++Atlas Acquisitions LLC,    attn: Avi Schild,    294 Union St.,    Hackensack, NJ 07601-4303
22590080       +BLMDSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
22590082       +CITI,   PO BOX 6241,    Sioux Falls, SD 57117-6241
22590083       +CMRE FINANCIAL SERVICES, INC.,     3705 E IMPERIAL HWY #200,    Brea, CA 92823-6309
22999465        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22833786     +++Cavalry SPV I, LLC as assignee of,     Chase Bank USA NA (WAMU),    500 Summit Lake Drive, Ste 400,
                Valhalla, NY 10595-1340
22590084       +Comenity Bank/Talbots,    PO Box 182120,    Columbus, OH 43218-2120
22766087       +Loyola University Medical Center,     2160 S 1st Ave,   Maywood, IL 60153-3328
22590090       +MBB,   1460 Renaissance Dr,    Park Ridge, IL 60068-1331
22590091       +MCSI INC,    PO BOX 327,   Palos Heights, IL 60463-0327
22590093       +Nationwide Credit & Collection, Inc,     815 Commerce Dr,   Suite 270,    Oak Brook, IL 60523-8852
22590096       +Sonnenschein Financial Svcs,    2 Transam Plaza Dr,    Ste 3,   Oak Brook Terrace, IL 60181-4823
22590098        THD/CBNA,    CCS Gray OPS Center 541 SID,    Martin Rd,   Gray, TN 37615
22590099       +The Outsource Group,    3 Cityplace Dr,    Saint Louis, MO 63141-7089
22590104       +Toyota Motor Credit,    1111 W 22nd Street,    Suite 420,   Oak Brook, IL 60523-1959
22590087      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial,    PO Box 790084,    Saint Louis, MO 63179)
22590105       +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22847886        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2016 00:46:19
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
22590078       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 21 2016 00:47:58    Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
22590079       +E-mail/Text: mmeyers@blittandgaines.com Jan 21 2016 00:48:52    Blitt and Gaines PC,
                 661 W Glen Ave,    Wheeling, IL 60090-6017
23111238        E-mail/PDF: rmscedi@recoverycorp.com Jan 21 2016 00:46:35    Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22590081       +E-mail/Text: bankruptcy@cavps.com Jan 21 2016 00:48:17    Cavalry Porfolio SERV,
                 PO Box 27288,    Tempe, AZ 85285-7288
22766086       +E-mail/Text: legalcollections@comed.com Jan 21 2016 00:48:43    ComEd,   PO Box 805379,
                 Chicago, IL 60680-4179
22590085       +E-mail/Text: mrdiscen@discover.com Jan 21 2016 00:47:34    DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    Wilmington, DE 19850-5316
22846160        E-mail/Text: mrdiscen@discover.com Jan 21 2016 00:47:34    Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
22590088       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 21 2016 00:47:38    Kohls Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
22590089       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2016 00:45:18    LVNV FUNDING LLC,
                 PO BOX 10497,    Greenville, SC 29603-0497
23186094        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2016 00:45:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
22590092       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 21 2016 00:48:00    Midland Funding,
                 8875 AERO DR STE 200,    San Diego, CA 92123-2255
22590094       +E-mail/Text: clientservices@northwestcollectors.com Jan 21 2016 00:47:47
                 Northwest Collectors,    3601 Algonquin Rd,   Ste 23,   Rolling Meadows, IL 60008-3143
22590095       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2016 00:45:56
                 PORTFOLIO RECVRY & AFFIL,    120 CORPORATE BLVD STE 1,   Norfolk, VA 23502-4962
22590097       +E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2016 00:45:15    SYNBC/Sams Club DC,
                 PO BOX 965005,    Orlando, FL 32896-5005
22621938        E-mail/PDF: gecsedi@recoverycorp.com Jan 21 2016 00:45:15    Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22590077*      +1ST FINL INVSTMENT FUN,    230 PEACHTREE ST NW STE,    Atlanta, GA 30303-1534
22590086*      +DISCOVER FIN SVCS LLC,    PO BOX 15316,   Wilmington, DE 19850-5316
22590100*      +The Outsource Group,    3 Cityplace Dr,   Saint Louis, MO 63141-7089
22590101*      +The Outsource Group,    3 Cityplace Dr,   Saint Louis, MO 63141-7089
22590102*      +The Outsource Group,    3 Cityplace Dr,   Saint Louis, MO 63141-7089
22590103*      +The Outsource Group,    3 Cityplace Dr,   Saint Louis, MO 63141-7089
                                                                                        TOTALS: 0, * 6, ## 0
```

```
District/off: 0752-1          User: mgonzalez            Page 2 of 2              Date Rcvd: Jan 20, 2016
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2016 at the address(es) listed below:
```
              Andrew J Maxwell     on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ     maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Hanna   Kayali    on behalf of Debtor 1 Ronda I Silverman hannakayali1@gmail.com
              Hanna   Kayali    on behalf of Debtor 2 Louis  Miniscalco, Jr hannakayali1@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```