# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| SILVERMAN, RONDA I | § | Case No. 14-39762 |
| MINISCALCO JR, LOUIS | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 875.00<br>*(Without deducting any secured claims)* | Assets Exempt: 13,050.00 |
| Total Distributions to Claimants:  1,834.19 | Claims Discharged<br>Without Payment:  521,988.77 |
| Total Expenses of Administration:  10,575.81 | |

3) Total gross receipts of $ 12,410.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 12,410.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,575.81 | 10,575.81 | 10,575.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 477,837.00 | 45,985.96 | 45,985.96 | 1,834.19 |
| **TOTAL DISBURSEMENTS** | $ 477,837.00 | $ 56,561.77 | $ 56,561.77 | $ 12,410.00 |

4)  This case was originally filed under chapter 7 on  10/31/2014 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/01/2016                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Financial Accounts (inheritance) | 1129-000 | 12,200.00 |
| Financial Accounts | 1129-000 | 10.00 |
| Financial Accounts | 1129-000 | 200.00 |
| TOTAL GROSS RECEIPTS | | $ 12,410.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,991.00 | 1,991.00 | 1,991.00 |
| ASSOCIATED BANK | 2600-000 | NA | 176.81 | 176.81 | 176.81 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 8,380.00 | 8,380.00 | 8,380.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 28.00 | 28.00 | 28.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,575.81 | $ 10,575.81 | $ 10,575.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1ST FINL INVSTMENT FUN 230 PEACHTREE ST NW STE Atlanta, GA 30303 | | 172.00 | NA | NA | 0.00 |
| | 1ST FINL INVSTMENT FUN 230 PEACHTREE ST NW STE Atlanta, GA 30303 | | 158.00 | NA | NA | 0.00 |
| | Asset Acceptance PO Box 2036 Warren, MI 48090 | | 37,811.00 | NA | NA | 0.00 |
| | BLMDSNB 9111 Duke Blvd Mason, OH 45040 | | 2.00 | NA | NA | 0.00 |
| | Blitt and Gaines PC 661 W Glen Ave Wheeling, IL 60090 | | 2,500.00 | NA | NA | 0.00 |
| | CITI PO BOX 6241 Sioux Falls, SD 57117 | | 15,265.00 | NA | NA | 0.00 |
| | CMRE FINANCIAL SERVICES, INC. 3705 E IMPERIAL HWY #200 Brea, CA 92821-6753 | | 409.00 | NA | NA | 0.00 |
| | Cavalry Porfolio SERV PO Box 27288 Tempe, AZ 85285 | | 2,010.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Talbots PO Box 182120 Columbus, OH 43218 | | 56.00 | NA | NA | 0.00 |
| | DISCOVER FIN SVCS LLC PO BOX 15316 Wilmington, DE 19850 | | 8,761.00 | NA | NA | 0.00 |
| | DISCOVER FIN SVCS LLC PO BOX 15316 Wilmington, DE 19850 | | 17,364.00 | NA | NA | 0.00 |
| | Elan Financial PO Box 790084 Saint Louis, MO 63179 | | 22,754.00 | NA | NA | 0.00 |
| | Kohls Capone N56 W 17000 Ridgewood Drive Menomonee Falls, WI 53051 | | 105.00 | NA | NA | 0.00 |
| | LVNV FUNDING LLC PO BOX 10497 Greenville, SC 29603 | | 19,511.00 | NA | NA | 0.00 |
| | MBB 1460 Renaissance Dr Park Ridge, IL 60068 | | 290.00 | NA | NA | 0.00 |
| | MCSI INC PO BOX 327 Palos Heights, IL 60463 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 AERO DR STE 200 San Diego, CA 92123 | | 1,524.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection, Inc 815 Commerce Dr Suite 270 Oak Brook, IL 60523 | | 1,900.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 118.00 | NA | NA | 0.00 |
| | PORTFOLIO RECVRY & AFFIL 120 CORPORATE BLVD STE 1 Norfolk, VA 23502 | | 22,156.00 | NA | NA | 0.00 |
| | SYNBC/Sams Club DC PO BOX 965005 Orlando, FL 32896 | | 1,105.00 | NA | NA | 0.00 |
| | Sonnenschein Financial Svcs 2 Transam Plaza Dr Ste 3 Oak Brook Terrace, IL 60181 | | 60.00 | NA | NA | 0.00 |
| | THD/CBNA CCS Gray OPS Center 541 SID Martin Rd Gray, TN 37615 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Outsource Group 3 Cityplace Dr Saint Louis, MO 63141 | | 1,500.00 | NA | NA | 0.00 |
| | The Outsource Group 3 Cityplace Dr Saint Louis, MO 63141 | | 227.00 | NA | NA | 0.00 |
| | The Outsource Group 3 Cityplace Dr Saint Louis, MO 63141 | | 56.00 | NA | NA | 0.00 |
| | The Outsource Group 3 Cityplace Dr Saint Louis, MO 63141 | | 34.00 | NA | NA | 0.00 |
| | The Outsource Group 3 Cityplace Dr Saint Louis, MO 63141 | | 25.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 1111 W 22nd Street Suite 420 Oak Brook, IL 60523 | | 1,894.00 | NA | NA | 0.00 |
| | US Bank Home Mortgage 4801 Frederica Street Owensboro, KY 42301 | | 320,000.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,463.11 | 1,463.11 | 58.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE, N.A. | 7100-000 | NA | 71.96 | 71.96 | 2.87 |
| 000006 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,127.53 | 1,127.53 | 44.97 |
| 000001 | CAVALRY SPV I, LLC AS ASSIGNEE OF | 7100-000 | NA | 2,010.41 | 2,010.41 | 80.19 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 17,364.44 | 17,364.44 | 692.60 |
| 000003 | DISCOVER BANK | 7100-000 | NA | 8,761.14 | 8,761.14 | 349.44 |
| 000007 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 15,187.37 | 15,187.37 | 605.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 477,837.00 | $ 45,985.96 | $ 45,985.96 | $ 1,834.19 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-39762 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SILVERMAN, RONDA I | | | Date Filed (f) or Converted (c): | 10/31/14 (f) |
| | MINISCALCO JR, LOUIS | | | 341(a) Meeting Date: | 12/16/14 |
| For Period Ending: | 03/01/16 | | | Claims Bar Date: | 04/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| Cash on Hand | | | | | |
| 2. Financial Accounts (inheritance) | 16,400.00 | 12,200.00 | | 12,200.00 | FA |
| MB Financial Money Market Deposit from Inheritance | | | | | |
| 3. Financial Accounts | 10.00 | 10.00 | | 10.00 | FA |
| Fifth Third Bank | | | | | |
| 4. Financial Accounts | 200.00 | 200.00 | | 200.00 | FA |
| Fifth Third Checking | | | | | |
| 5. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| General items of household goods and furnishings | | | | | |
| 6. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| General items of wearing apparel | | | | | |
| 7. Vehicles | 7,300.00 | 0.00 | | 0.00 | FA |
| 2010 Toyota Camry 78k miles | | | | | |
| 8. Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 1997 Toyota Avalon | | | | | |
| 9. royalties from 36th&Kedzie Building Corp. (u) | 875.00 | 0.00 | | 0.00 | FA |
| "royalty income" but debtor claims no ownership interest in source (shown only on schedule I as $875 per month income, not otherwise scheduled as an "asset").  THIS WAS ABANDONED IN DECEMBER 2015 AFTER DEBTORS PROVIDED AN AFFIDAVIT. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $26,335.00 | $12,410.00 | | $12,410.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-39762    CAD   Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Date Filed (f) or Converted (c): | 10/31/14 (f) |
| | MINISCALCO JR, LOUIS | 341(a) Meeting Date: | 12/16/14 |
| | | Claims Bar Date: | 04/29/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 1-19-16

AFFIDAVIT FROM DEBTOR REGARDING BILLBOARD; TRUSTEE FILED MOTION TO ABANDON SO CREDITORS WOULD HAVE NOTICE; COURT GRANTED

THE MOTION AND ADJOURNED THE MOTION TO COMPEL/MOTION FOR SANCTIONS.

investigating BILLBOARD INCOME (LISTED ON SCHEDULE I ONLY) AND INHERITANCE; INHERITANCE ISSUE RESOLVED

COUNSEL EMPLOYED

MOTION FOR TURNOVER FILED TO BE HEARD April 30, 2015;  TURNOVER ORDER ENTERED 6-10-2015; MOTION FOR CONTEMPT FILED AFTER

PARTIAL COMPLIANCE, NEXT UP FOR COMPLIANCE STATUS ON 10-29-15.  DEBTOR HAS CONTENDED THE BILLBOARD INCOME DOES NOT

RESULT FROM AN OWNERSHIP INTEREST

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-39762  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Bank Name: | ASSOCIATED BANK |
| | MINISCALCO JR, LOUIS | Account Number / CD #: | *******8785  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1441 | | |
| For Period Ending: | 03/01/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/15 | 2, 3, 4 | LOUIS MINISCALCO | FUNDS | 1129-000 | 12,410.00 | | 12,410.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.28 | 12,395.72 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.43 | 12,377.29 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.81 | 12,359.48 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.38 | 12,341.10 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.75 | 12,323.35 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.32 | 12,305.03 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.29 | 12,286.74 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.68 | 12,269.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.24 | 12,250.82 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.63 | 12,233.19 |
| 02/12/16 | 010001 | ANDREW J. MAXWELL, TRUSTEE 105 W. ADAMS SUITE 3200 CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 1,991.00 | 10,242.19 |
| 02/12/16 | 010002 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | TR Atty Compensation and Expenses c/o 2/10/2016 | | | 8,408.00 | 1,834.19 |
| | | | Fees          8,380.00 | 3110-000 | | | |
| | | | Expenses        28.00 | 3120-000 | | | |
| 02/12/16 | 010003 | Cavalry SPV I, LLC as assignee of Chase Bank USA NA (WAMU) 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim # 1, Final Payment c/o 2/10/2016 | 7100-000 | | 80.19 | 1,754.00 |
| 02/12/16 | 010004 | Discover Bank DB Servicing Corporation PO Box 3025 | Claim # 2, Final Payment c/o 2/10/2016 | 7100-000 | | 692.60 | 1,061.40 |

|  | Page Subtotals | 12,410.00 | 11,348.60 | |

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| Case No: | 14-39762  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Bank Name: | ASSOCIATED BANK |
| | MINISCALCO JR, LOUIS | Account Number / CD #: | *******8785  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1441 | | |
| For Period Ending: | 03/01/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/12/16 | 010005 | New Albany, OH 43054-3025<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim # 3, Final Payment<br>c/o 2/10/2016 | 7100-000 | | 349.44 | 711.96 |
| 02/12/16 | 010006 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim # 4, Final Payment<br>c/o 2/10/2016 | 7100-000 | | 58.36 | 653.60 |
| 02/12/16 | 010007 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Claim # 5, Final Payment<br>Small Dividends<br>c/o 2/10/2016<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 | | 2.87 | 650.73 |
| 02/12/16 | 010008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim # 6, Final Payment<br>c/o 02/10/2016 | 7100-000 | | 44.97 | 605.76 |
| 02/12/16 | 010009 | LVNV Funding, LLC its successors and<br>assignee of Citibank (South Dakota),<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim # 7, Final Payment<br>c/o 02/10/2016 | 7100-000 | | 605.76 | 0.00 |

Page Subtotals                              0.00            1,061.40

Ver: 19.05f

FORM 2                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| Case No: | 14-39762  -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | SILVERMAN, RONDA I | Bank Name: | ASSOCIATED BANK |
| | MINISCALCO JR, LOUIS | Account Number / CD #: | *******8785  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1441 | | |
| For Period Ending: | 03/01/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,410.00 | 12,410.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,410.00 | 12,410.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,410.00 | 12,410.00 | |

|  | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | Checking Account (Non-Interest Earn - *******8785 | | 12,410.00 | 12,410.00 | 0.00 |
| | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 12,410.00 | 12,410.00 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.05f